# EXHIBIT A

65.60.170.220