DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Guava LLC, ) | |
| ) | CASE NO. 1:12 CV 2512 |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>ORDER OF DISMISSAL</u> |
| ) | |
| John Doe, ) | |
| ) | |
| Defendant. ) | |
| ) | |

In this recently filed lawsuit, plaintiff, "the owner of protected computer systems," alleges that the defendant hacked into plaintiff's protected computer systems without authorization. ECF 1. Defendant John Doe is identified only by an Internet Protocol (IP) address of 65.60.170.220.

According to the complaint, this Court has subject matter jurisdiction pursuant to the Federal Computer Fraud and Abuse Act (CFAA), 18 U.S.C. §§ 1030 et seq., and 28 U.S.C. § 1331.

Further according to the complaint, the Court has personal jurisdiction over the defendant John Doe because "Plaintiff used geolocation technology to trace the IP address of Defendant to a point of origin within the state of Ohio" and defendant resides in Ohio or violated CAFAA within the state and is subject to the Ohio long-arm statute, Ohio Revised Code § 2307.382.

Further according to the complaint, venue is proper in the Northern District of Ohio pursuant to § 28 U.S.C § 1391(b) because defendant John Doe resides in the District, may be found in the District, or the events giving rise to plaintiff's claims occurred within the District.

(1:12 CV 2512)

Using publicly available services to look up the location affiliated with the IP address that plaintiff alleges defendant used to hack into its protected computer systems, the Court determined that IP address 65.60.170.220 is located in Reynoldsburg, Ohio. Reynoldsburg, Ohio is located within the United States District Court for the Southern District of Ohio.

Because the geographic location of the defendant's IP address is not located in the Northern District of Ohio, the Court concludes that venue is not proper in this district. Accordingly, this case is dismissed without prejudice due to improper venue.

IT IS SO ORDERED.

| | |
|---|---|
|  October 16, 2012 |  *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |