DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GUAVA, LLC, | ) | CASE NO. 1:12 CV 02512 |
| Plaintiff, | ) | |
| | ) | JUDGMENT ENTRY |
| v. | ) | |
| JOHN DOE, | ) | |
| Defendant. | ) | |

For the reasons contained in Memorandum Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Relief from Judgment is DENIED.

This case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

March 11, 2013          *s/ David D. Dowd, Jr.*
Date                              David D. Dowd, Jr.
                                       U.S. District Judge